

# Fourth Court of Appeals
## San Antonio, Texas

March 23, 2022

No. 04-22-00094-CV

**IN RE THE TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES,**

Original Mandamus Proceeding

# O R D E R

Sitting:      Luz Elena D. Chapa, Justice
                 Beth Watkins, Justice
                 Liza A. Rodriguez, Justice

On February 16, 2022, relator filed a petition for writ of mandamus complaining of the trial court's "Order Following Hearing Regarding Placement" rendered on January 18, 2022 and signed on January 26, 2022. On March 1, 2022, we issued an order providing respondent and the real parties in interest may file a response to the petition in this court by March 16, 2022. On March 15, 2022, Appellate Attorney ad Litem for the child, J.E., filed a motion for a thirty-day extension of time to file a response to relator's petition.

We **grant in part** the motion for an extension and **order** the response, if any, to be filed no later than **March 31, 2022**.

It is so **ORDERED** on this 23rd day of March, 2022.

PER CURIAM

ATTESTED TO: _____
MICHAEL A. CRUZ, Clerk of Court